# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAKEISHA NICOLE HOLLOWAY,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN, CLARK COUNTY JAIL, *et al.*,<br><br>        Respondents. | Case No. 2:15-cv-02494-GMN-CWH<br><br>**ORDER** |

      This action is a *pro se* petition for a writ of habeas corpus. The matter has not been properly commenced because petitioner submitted incomplete financial paperwork. The *in forma pauperis* application was not submitted on the court-approved form as required by Local Rule LSR 1-1. In addition to filing an application to proceed *in forma pauperis* on the court-approved form, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2); Local Rule LSR 1-2. Petitioner has failed to submit an *in forma pauperis* application on the court-approved form and has failed to provide the necessary financial information.

      Due to the defects presented, the *in forma pauperis* application will be denied. The present action will be dismissed without prejudice to the filing of a new petition in a new action with an *in forma pauperis* application with all required attachments. It does not appear from the papers

presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, petitioner at all times remains responsible for calculating the running of the federal limitation period as applied to her case, properly commencing a timely-filed federal habeas action, and properly exhausting all claims in the state courts.

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new petition in a new action with a properly completed *in forma pauperis* application with all new and complete financial attachments.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send petitioner the following: (1) two copies of an application form to proceed *in forma pauperis* for incarcerated persons and instructions for the same; (2) a noncapital Section 2254 habeas petition form and instructions for the same; and (3) a copy of the papers submitted in this action at ECF Nos. 1 & 2.

**IT IS FURTHER ORDERED** that all pending motions in this action are **DENIED**, including the motion filed at ECF No. 2.

**IT IS FURTHER ORDERED** that petitioner may file a new petition and *in forma pauperis* application in a new action, but she may not file further documents in this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.** Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

Dated this \_\_28\_\_ day of January, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court